ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2014

at 9 o'clock and 12 min. a.m.
SUE BEITIA, CLERK

**TOATUGA M. SAOFAIGAALII**
Post Office Number 3893
Pago Pago, American Samoa  96700
Telephone: (684) 258-5323

No Attorney for Plaitiff
Represent Myself

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CV14  00455  KSC

| | |
|---|---|
| TOATUGA M. SAOFAIGAALII | CIVIL NO. <u>TORT CLAIM</u> |
| Plaintiff, | (CIVIL RIGHTS ACTIONS) |
| vs. | COMPLAINT FOR DECLARATORY JUDGEMENT: |
| | ) EXHIBITS: A-S |
| TRIPLER ARMY MEDICAL CENTER | ) |
| 1 Jarrett White Road | ) |
| Honolulu, Hawaii 96859-5000. | ) |
| Department Of The Army | ) |
| United States Army Claims Service | ) |
| Office Of The Judge Advocate General | ) |
| 4411 Llewellyn Avenue, Suite 5360 | ) |
| Fort George G. Meade, Maryland 20755-55 | ) |
| Defendant. | ) |
| _____ | ) |

(1)

## COMPLAINT

I am the Plaintiff, TOATUGA M. SAOFAIGAALII, Complaint against the above-Named Defendants' Decision received on August 26, 2014 – Tuesday. Letter was dated on August 19, 2014. I have also attached this Letter to my Claim submitted to the United States District Court in Hawaii.

## COMPLAINT FOR DECLARATORY JUDGEMENT

Your Honorable Judge, I Highly Respectfully request your Declaratory Judgement about my Tort Claim.

### WOULD YOU KINDLY PLEASE SEE THE LIST OF BELOW OF MY COMPLAINT

FIRST: Every year I have to come from American Samoa to Tripler Army Medical Center for the Surgery of my Kidney at Urology Clinic, Can only do once, but not twice.

SECOND: On March 12, 2007 I came to Hawaii for the same procedure of my Kidney Stone. But they done twice, that cause a lots of Problems to me.

1. First, Surgery was not successed. And than they asked me about signing another Authorization so they can perform the second Surgery. But I refused because it was so much Painful in my lower body.
2. Second, Doctors said if I do not sign the Authorization, than the Cath inside my Penis will not be remove but I have to return to American Samoa with the Cath inside my Penis.
3. Third, my wife was so upset and angry and asked me not to sign but seek outside doctor to paid the bill.

THIRD: I asked that I will do what they say. So, I signed the Authorization.

FOURTH: Here are all the Problems happened on my Second Surgery are listed below.

(2)

1. Un-Professional Practice of Doctors, they were NEGLIGENTLY OF THERE RESPONSIBLITIES TO THE PATIENT LIKE ME.
2. I signed the paper to Put me Sleep while they perform the Surgery on me, but end-up, that they SHOTS ME MULTIPLES SPINAL PUNCTURES in wishes of a Spinal Anesthesia that failed. And cause to put make me sleep. Their decisions not me or my wife. My wife Tumema A. Saofaigaalii, and my oldest son Toatuga J. Saofaigaalii Jr. were with me during my Surgery.
3. Multiples Punctures caused me Chronic Headaches, cause me Numbness and Pain in both lower extremities, lower back pain and bacterial infection to my vertebrae.
4. Left a BROKEN PIECE OF METAL IN MY KIDNEY OR STOMACH after the Surgery, and is still inside.
5. Cause me having difficulty Maintaining an Erection and Painful Urination.
6. Since that Surgery, cause problems with my wife. Because my PENIS IS NOT ERECTED ANYMORE. IT IS COMPLETED DEAD, BECAUSE OF THAT SURGERY.
7. I am suffering of STRESS, DISTRESS AND LACK OF HAVING OF SLEEP. Night mare, wake-up middle of the night not getting any sleep. Tired Wareness, and feeling to take my life.
8. Cause my wife having Heart Attack and requiring Hospitalization and Implantation of a PACEMAKER.
9. My oldest son TOATUGA J. SAOFAIGAALII JR., almost fail on his BACHELOR DEGREE at CHARMANADE UNIVERSITY IN HAWAII. Lack of his Study because he was at with me all times.
10. Same thing happened to my Daughter SILAULELEI E. SAOFAIGAALII, AT THE HAWAII PACIFIC UNIVERSITY. She was worried about his dad, and also she was with me all times.

PLEASE SEE ATTACHED:   7 – EXHIBITS OF UNITED STATES DISTRICT COURT FORMS

19 – EXHIBITS OF DOCUMENTS FOR MY TORT CLAIM

## 7 – EXHIBITS OF UNITED STATES DISTRICT COURT FORMS: (EXHIBITS: "(A – G)".

4 - EEO 1
2 – AO 440
2 – AO 240
7 – EEO 3
1 – JS 44
1 – AO 398
1 – AO 399

## 19 – EXHIBITS OF MY TORT CLAIM: (EXHIBITS: "(A – S)".

1. Letter request to file my Case to the United States District Court.
2. Letter from Department of the Army, Fort George G. Meade, Maryland. Dated on August 19, 2014.
3. Letter from Department of the Army, Fort George G. Meade, Maryland. Dated on March 14, 2014.
4. Letter responded to the letter from Department of the Army. The Plaintiff TOATUGA M. SAOFAIGAALII.
5. Letter from the Plaintiff, TOATUGA M. SAOFAIGAALII to BG DENNIS D. DOYLE. COMMANDING GENERAL IN TRIPLER ARMY MEDICAL CENTER.
6. Letter from the Department of the Army in Tripler Army Medical Center. Dated on October 23, 2013.
7. Letter from the Plaintiff, TOATUGA M. SAOFAIGAALII to respond to Tripler Army Medical Center.
8. Letter from the Office of the Center Judge Advocate in Tripler Army Medical Center. Dated on December 06, 2013.
9. Letter to Department of the Veterans Affairs at Tripler Army Medical Center, requesting an assistance to my Claim with Tripler.
10. Letter to BG. Steve Jones, Commanding General at Tripler Army Medical Center. Dated on October 07, 2010.
11. Copy of Registered Letter to the Commanding General, BG. Steve Jones at Tripler Army Medical Center.
12. Letter to the American Legion to help assist my Claim with Tripler Army Medical Center.

13. STANDARD FORM 95, TO CLAIM FOR DAMAGE, INJURY, OR DEATH, to Tripler Army Medical Center.
14. Letter from Plaintiff, TOATUGA M. SAOFAIGAALII, to Commanding General BG. STEVE JONES.
15. VA FORM 21-4138, STATEMENT IN SUPPORT OF CLAIM.
16. LETTER FROM MY WIFE "(TUMEMA A. SAOFAIGAALII)" to witness what happened to her husband.
17. LETTER FROM MY DAUGHTER "(SILAULELEI E. SAOFAIAALII)" also to witness her father conditions at the Kidney Stone Surgery.
18. LETER FROM MY SON "(TOATUGA J. SAOFAIGAALII JR.)", to witness he saw by his two eyes and her mother what happened to me during my Surgery.
19. Letter from Veterans Affairs, they are not responsible for my Injury, because The United States Army Hospital performed my Surgery. And also, it says on their Letter I have to go after Tripler Army Medical Center for my Claim.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TOATUGA M. SAOFAIGAALII<br>Post Office Number 3893<br>Pago Pago, American Samoa 96799<br>Telephone: (684) 258-5323 | CIVIL NO: TORT CLAIM<br><br>COMPLAINT FOR DECLARATORY<br>JUDGEMENT |
| Plaintiff, | |
| vs. | |
| Tripler Army Medical Center<br>1 Jarrett White Road<br>Honolulu, Hawaii 96859-5000 | |
| Department of the Army / U.S.A. Claims Service<br>4411 Llewellyn Avenue, Suite 5360<br>Fort George G. Meade, Maryland 20755-5125 | |
| Defendant. | (5) |

COMPLAINT FOR DECLARATORY JUDGEMENT FROM THE UNITED STATES DISTRICT OF HAWAIII:

NOTHING FOLLOW://////////////////////////////////////////////////////////////////

RESPECFULLY:

*[signature]*

TOATUGA M. SAOFAIGAALII
Post Office Box 3893
Pago Pago, American Samoa 96799
DATE SIGN: *Oct 08, 2014*

GOD BLESS AMERICA:

(6)