# MINUTES

CASE NUMBER: CV 14-00455SOM-IKSC

CASE NAME: Toatuga M. Saofaigaalii, et al. vs. United States of America

ATTYS FOR PLA: David J. Minkin

ATTYS FOR DEFT: Michael F. Albanese

INTERPRETER:

JUDGE: Kevin S. C. Chang   REPORTER: No Record

DATE: 11/29/2017   TIME: 10:00 - 10:45

COURT ACTION: EP: Settlement Conference -

Settlement conference held with counsel.

Present were attorneys David Minkin and Michael Albanese.

Counsel confirmed the existence of a settlement agreement and reported that Plaintiff Saofaigaalii unexpectedly passed away in Western Samoa after authorizing and agreeing to the settlement amount. Counsel are working to determine and facilitate the process necessary to complete the settlement.

Based on the foregoing, the February 27, 2018 trial date and all other deadlines are vacated.

The Court will schedule a further status conference at which time counsel will report on their progress regarding completion of the settlement.

Submitted by: Toni Fujinaga, Courtroom Manager.