# MINUTES

CASE NUMBER:     CV 14-00455SOM-KSC

CASE NAME:       Toatuga M. Saofaigaalii, et al. vs. USA

ATTYS FOR PLA:   David J. Minkin

ATTYS FOR DEFT:  Michael F. Albanese

INTERPRETER:

JUDGE:  Kevin S. C. Chang          REPORTER:  No Record

DATE:   03/05/2018                 TIME:      9:14 - 9:22

COURT ACTION:  EP: Status Conference re: Dismissal - (AMENDED)

Mr. Albanese informed the Court that payment was made on 2/12/18, however the entire amount was redirected to treasury offset due to a federal debt.

Parties to continue to work on this case and try to identify the nature of the debt, etc.

Judge Mollway may administratively close this case.
When the parties obtain additional information re: the nature and extent of the debt, parties to contact **Toni Fujinaga at 541-1297** to schedule a status conference, and the case can be reopened.

Submitted by: Toni Fujinaga, Courtroom Manager.